IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FRANKLIN RODNNY MUNOZ,

        Appellant,

 v.

Case No.  5D21-2237
LT Case No. 2015-CF-15754-AO

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed November 22, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Franklin Rodnny Munoz, Trenton, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Rebecca Rock McGuigan, Assistant
Attorney General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.